UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH EVANS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 4:11CV1497 JCH |
| | ) |
| LOCAL 56-A WORKERS UNITED/ | ) |
| SEIU CHICAGO AND MIDWEST | ) |
| REGIONAL JOINT BOARD, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

    This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Based on the financial affidavit provided by plaintiff, the Court will grant the motion. Additionally, the Court is required to conduct an initial screening of any complaint filed in forma pauperis and dismiss it if it is frivolous, malicious, or fails to state a claim upon which relief can be granted.

    Upon initial review, the Court finds that the complaint is defective because it does not contain " a short and plain statement of the grounds for the court's jurisdiction" or "a demand for the relief sought ." Fed. R. Civ. P. 8(a). Furthermore, the complaint does not provide an address where defendant can be served with process. Therefore, the Court will order plaintiff to file an amended complaint that states the basis for the court's jurisdiction, a demand for relief, and provides the Court with an

address where defendant can be served with process. Furthermore, plaintiff's amended complaint shall comply with Rule 10 of the Federal Rules of Civil Procedure, which requires that "[a] party must state its claims or defenses in numbered paragraphs, each limited as far as practicable to a single set of circumstances." Plaintiff is warned that the filing of an amended complaint replaces the original complaint, and claims that are not realleged are deemed abandoned. E.g., In re Wireless Telephone Federal Cost Recovery Fees Litigation, 396 F.3d 922, 928 (8th Cir. 2005). If plaintiff fails to file an amended complaint within 30 days, the Court will dismiss this action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [Doc. 2] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff shall submit an amended complaint that complies with this order no later than thirty (30) days from the date of this order.

Dated this 20th day of September, 2011.

/s/Jean C. Hamilton
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE